# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrienne Burke,<br>Plaintiff,<br>v.<br>Mutual of Omaha Insurance Company, et al.,<br>Defendants. | No. CV-26-08040-PCT-MTL<br>**ORDER** |

Having considered the parties' stipulation of dismissal with prejudice (Doc. 25),

**IT IS ORDERED** that the parties' stipulation is **GRANTED** and this action is dismissed in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter a judgment of dismissal with prejudice and terminate the case.

Dated this 11th day of August, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge